**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE**

Civil Case No. 08-cv-00944-LTB-CBS

DANIEL HARTMAN,

       Plaintiff,

v.

NCO FINANCIAL SYSTEMS, INC., a Pennsylvania corporation,

       Defendant.
_____

**ORDER OF DISMISSAL**
_____

       THIS MATTER having come before the Court on the Stipulation of Dismissal With Prejudice (Doc 16 - filed August 20, 2008), and the Court being fully advised in the premises, it is therefore

       ORDERED that this matter shall be **DISMISSED WITH PREJUDICE,** each party to pay their own fees and costs.

                                     BY THE COURT:

                                     s/Lewis T. Babcock
                                   Lewis T. Babcock, Judge

DATED:  August 21, 2008